FILED
2009 Mar-09 PM 02:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| **LOIS S. SHUTT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CASE NO.:** |
| **v.** ) | |
| ) | **7:07-CV-1146-VEH** |
| **UNIVERSITY ORAL &FACIAL** ) | |
| **SURGERY, P.C.,** ) | |
| ) | |
| **Defendant.** ) | |

## **MEMORANDUM OPINION**

The case is before the court on Defendant's Motion for Summary Judgment. (Doc. 16.) On February 6, 2009, the magistrate judge filed his Report and Recommendation, doc. 30, and recommended that the Motion be granted and this case dismissed. The plaintiff has filed objections to the recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Motion, the briefs and evidentiary materials in support of and in opposition to the Motion, the Report and Recommendation, the Objections filed by the Plaintiff, and the Defendant's Response to Plaintiff's

Objections, the Court is of the opinion that the magistrate judge's Report and Recommendation is due to be and is hereby **ADOPTED** and his recommendation is **ACCEPTED**. The Court **EXPRESSLY FINDS** that there are no genuine issues of material fact and that the Defendant is entitled to judgment as a matter of law. Accordingly, the Defendant's Motion for Summary Judgment is due to be **GRANTED** and this action is due to be **DISMISSED WITH PREJUDICE**. A Final Judgment Order will be entered.

**DONE** this the 9th day of March, 2009.

                                                          **VIRGINIA EMERSON HOPKINS**
                                                          United States District Judge